IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE MASTER COLEMAN, JR.**                                                                       **PLAINTIFF**

V.                              **CASE NO. 4:20-CV-760-BD**

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 16th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE